# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IDALMIS TABARES CURBELO, §<br>*Petitioner* §<br>§<br>v. §<br>§<br>WARDEN, IN THEIR OFFICIAL §<br>CAPACITY AS WARDEN OF THE §<br>DILLEY IMMIGRATION PROCESSING<br>CENTER; MIGUEL VERGARA, IN HIS<br>OFFICIAL CAPACITY AS ACTING<br>FIELD OFFICE DIRECTOR OF THE ICE<br>SAN ANTONIO FIELD OFFICE OF<br>ENFORCEMENT AND REMOVAL<br>OPERATIONS, U.S. IMMIGRATION<br>AND CUSTOMS ENFORCEMENT; U.S.<br>DEPARTMENT OF HOMELAND<br>SECURITY; TODD M. LYONS, IN HIS<br>OFFICIAL CAPACITY AS ACTING<br>DIRECTOR, IMMIGRATION AND<br>CUSTOMS ENFORCEMENT, U.S.<br>DEPARTMENT OF HOMELAND<br>SECURITY; KRISTI NOEM, IN HER<br>OFFICIAL CAPACITY AS SECURITY,<br>U. S. DEPARTMENT OF HOMELAND<br>SECURITY; AND PAMELA JO BONDI,<br>IN HER OFFICIAL CAPACITY AS<br>ATTORNEY GENERAL OF THE<br>UNITED STATES;<br>*Respondents* | Case No.  SA-26-CA-00238-XR |

## **SERVICE ORDER**

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Idalmis Tabares Cubelo, who is currently detained in the Dilley Immigrant Processing Center in Dilley, Texas, located in the Western District of Texas. ECF No. 1 at 2.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No.

1

1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Pamela Jo Bondi, U.S. Attorney General;

2. Kristi Lynn Noem, Secretary of Homeland Security;

3. Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement; and

4. Miguel Vergara, Director of the San Antonio Field Office of U.S. Immigration and Customs Enforcement.

*See* FED. R. CIV. P. 4(i). Service should be directed to

Stephanie Rico
Civil Process Clerk
U.S. Attorney's Office for the Western District of Texas,
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, Dilley Immigration Processing Center, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

Warden
Dilley Immigration Processing Center
300 El Rancho Way
Dilley, TX 78017

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders**

**addressing this question**[1] **and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 20th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

---

[1] *E.g.*, *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).